DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TEMITOPE EPOYUN,**
Appellant,

v.

**PMI MORTGAGE INSURANCE COMPANY,**
Appellee.

No. 4D17-3746

[August 2, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE 14-011468(13).

Roshawn Banks of The All Law Center, PA, Plantation, for appellant.

Walter L. Sanders of Walter L. Sanders, P.A., North Venice, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST, JJ., and ARTAU, EDWARD L., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***